UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RASHAAD DEJUAN THOMAS,

        Plaintiff,                                 Case No. 2:13-CV-199

v.                                                 HON. GORDON J. QUIST

SCOTT ALLEN NADEAU, et al.,

        Defendants.
                                 /

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the magistrate judge on July 15, 2014, which was served on Plaintiff that same day. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the magistrate judge, filed July 15, 2014 (dkt. #17) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (dkt. #11) is **GRANTED**. Plaintiff's claims under 42 U.S.C. § 1983 are **DISMISSED with prejudice**. Plaintiff's state law claims are **dismissed without prejudice** pursuant to 28 U.S.C. § 1367(c)(3).

This case is **concluded**.


Dated: August 13, 2014                                                         /s/ Gordon J. Quist
                                                                               GORDON J. QUIST
                                                                    UNITED STATES DISTRICT JUDGE